ROBERT D. COLLINS, ESQ. bcollins@cvmlaw.com (SBN 053321)
ANTHONY S. COSS, ESQ. acoss@cvmlaw.com (SBN 244215)
CVM LAW GROUP, LLP
8795 Folsom Boulevard, Suite 200
Sacramento, California 95826
Telephone: (916) 381-6171
Facsimile: (916) 381-1109

Attorneys for Defendants
STEWART TITLE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER S. SAMRA, HARMINDER K. SAMRA, <br><br> Plaintiffs, <br><br> vs. <br><br> KARNAIL S. JOHAL, NILAKUMARI JOHAL, GRIGORY YELKIN, TATYANA YELKIN, STEWART TITLE COMPANY, and DOES 1 through 20, <br><br> Defendants. | CASE NO. <br> 2:08-CV-02587-LKK-GGH <br> 2:08-CV-02589-LKK-GGH <br><br> **DEFENDANT STEWART TITLE COMPANY'S EX PARTE APPLICATION FOR ENLARGEMENT OF TIME AND ORDER THEREON AND DECLARATION OF ROBERT D. COLLINS** |

PDF created with pdfFactory trial version www.pdffactory.com

Defendant Stewart Title Company, a Texas corporation, ("Stewart Title") hereby requests an enlargement of time within which to file a responsive pleading. The Summons and Complaint were personally served on Stewart Title of California, a California corporation, on December 10, 2008, which would have made a responsive pleading due by December 30, 2008. Robert D. Collins informed Plaintiffs' counsel that the wrong entity had been served and that he was authorized to accept service on behalf of Stewart title Company, a Texas corporation. Mr. Collins and Plaintiffs' counsel agreed that a responsive pleading by Stewart Title Company would be due on or before January 15, 2009. (*See* Declaration of Robert D. Collins and Exhibit "A" attached thereto).

Accordingly, Defendant Stewart Title respectfully requests an enlargement of time to file a responsive pleading to and including January 15, 2009.

Dated: December 30, 2008       CVM LAW GROUP, LLP

By:   /s/ Robert D. Collins
ROBERT D. COLLINS,
Attorneys for Defendant
STEWART TITLE COMPANY
8795 Folsom Blvd., Suite 200
Sacramento, California 95826
Email: bcollins@cvmlaw.com
Telephone: (916) 381-6171

ORDER

IT IS SO ORDERED.

Dated: January 6, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com

# **DECLARATION OF ROBERT D. COLLINS**

I, Robert D. Collins, declare:

1. I am an attorney at law licensed to practice before all courts in the State of California, including this District Court. I am a partner at the CVM Law Group, LLP, which is the attorney of record for Stewart Title Company, a Defendant in this matter. I am making this Declaration based upon my own knowledge and if called as a witness I will testify as to these facts.

2. I spoke to Anthony M. Perez, Jr., Plaintiffs' counsel in this matter, concerning an extension of time to respond to Plaintiffs' Complaint. I explained to Mr. Perez that he had served Stewart Title of California which is a California entity instead of Stewart Title Company, a Texas corporation doing business in the State of Washington. I also advised Mr. Perez that I was authorized to waive or accept service on behalf of Stewart Title Company and we discussed an appropriate time to respond. Because of the holidays and a snow storm in Seattle, I was having trouble getting the files in this matter and needs sufficient time to review them and prepare a response. Mr. Perez graciously agreed to give Stewart Title until January 15, 2009 to respond to the Complaint.

3. A true and correct copy of my letter dated December 26, 2008, commemorating this conversation is attached hereto as Exhibit "A".

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This Declaration was executed this 30th day of December, 2008, at Sacramento, California.

_____

ROBERT D. COLLINS

3

**EX PARTE APPLICATION FOR ENLARGEMENT OF TIME
AND ORDER THEREON AND DECLARATION OF ROBERT D. COLLINS**

PDF created with pdfFactory trial version www.pdffactory.com

**EXHIBIT "A"**

4

**EX PARTE APPLICATION FOR ENLARGEMENT OF TIME
AND ORDER THEREON AND DECLARATION OF ROBERT D. COLLINS**

PDF created with pdfFactory trial version www.pdffactory.com