ROBERT D. COLLINS, ESQ. bcollins@cvmlaw.com (SBN 053321)
ANTHONY S. COSS, ESQ. acoss@cvmlaw.com (SBN 244215)
CVM LAW GROUP, LLP
8795 Folsom Boulevard, Suite 200
Sacramento, California 95826
Telephone: (916) 381-6171
Facsimile: (916) 381-1109

Attorneys for Defendants
STEWART TITLE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER S. SAMRA,<br>HARMINDER K. SAMRA,<br><br>    Plaintiffs,<br><br>vs.<br><br>KARNAIL S. JOHAL,<br>NILAKUMARI JOHAL,<br>GRIGORY YELKIN,<br>TATYANA YELKIN,<br>STEWART TITLE COMPANY,<br>and DOES 1 through 20,<br><br>    Defendants. | CASE NO.<br>2:08-CV-02589-LLK-GGH<br><br>**JOINT EX PARTE APPLICATION AND STIPULATION FOR ENLARGEMENT OF TIME AND ORDER THEREON** |

1

**JOINT EX PARTE APPLICATION AND STIPULATION
FOR ENLARGEMENT OF TIME AND [PROPOSED] ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

Defendant Stewart Title Company, a Texas corporation, ("Stewart Title") hereby requests an enlargement of time within which to file a responsive pleading.

Due to the likelihood of this case being transferred to the State of Washington, Defendant Stewart Title together with Plaintiffs hereby agree and stipulate that Stewart Title will have twenty (20) days to file a responsive pleading after receipt of the Courts order on the pending Motion to Dismiss, change venue, or notice of transfer to Washington. *See* Exhibit "A" attached hereto.

Dated: January 14 , 2009     CVM LAW GROUP, LLP

By:   /s/_____
ROBERT D. COLLINS,
Attorneys for Defendant
STEWART TITLE COMPANY
8795 Folsom Blvd., Suite 200
Sacramento, California 95826
Email: bcollins@cvmlaw.com
Telephone: (916) 381-6171

Dated: January 14 , 2009     PEREZ LAW OFFICES

By:   /s/_____
ANTHONY M. PEREZ, JR.
Attorney for Plaintiffs
Wells Fargo Center
400 Capitol Mall, Suite 1100
Sacramento, California 95814
Email: aperez@perezlawoffices.com
Telephone: (916) 441-0500

**ORDER**

IT IS SO ORDERED.

DATED: January 16, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**JOINT EX PARTE APPLICATION AND STIPULATION
FOR ENLARGEMENT OF TIME AND [PROPOSED] ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

**EXHIBIT "A"**

3

**JOINT EX PARTE APPLICATION AND STIPULATION
FOR ENLARGEMENT OF TIME AND [PROPOSED] ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com