The Honorable Robert S. Lasnik

09-CV-00176-DECL

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NARINDER S. SAMRA, and HARMINDER K. SAMRA,<br><br>　　　　　　　Plaintiffs,<br>vs.<br><br>KARNAIL S. JOHAL and NILAKUMARI JOHAL; GRIGORY YELKIN and TATYANA YELKIN; STEWART TITLE; and DOES 1 THROUGH 20,<br><br>　　　　　　　Defendants. | No. 2:09-cv-00176-RSL<br><br>STIPULATION AND ORDER FOR WITHDRAWAL OF COUNSEL FOR NARINDER S. SAMRA AND HARMINDER K. SAMRA<br><br>NOTE ON MOTION CALENDAR:<br>October 28, 2009 |

## I. STIPULATION

COME NOW the undersigned counsel of record, Cutler Nylander & Hayton PS and Robert G. Nylander, counsel for Karnail S. Johal, Nilakumari Johal, Grigory Yelkin, and Tatyana Yelkin, Williams Kastner & Gibbs PLLC and Robert W. Sargeant, counsel for Stewart Title, and Perez Law Offices, Anthony M. Perez, Jr., Lombino Martino PS, Joseph J. M. Lombino, Law Offices of Robert M. Zoffel, and Robert M. Zoffel, counsel for Narinder S. Samra and Harminder K. Samra, and hereby stipulate pursuant to GR 2(g) to the withdrawal of Perez Law Offices, Anthony M. Perez, Jr.,

---

No. 2:09-cv-00176-RSL

STIPULATION AND ORDER
FOR WITHDRAWAL OF COUNSEL - 1

ROBERT M. ZOFFEL, ESQ.
2033 SIXTH AVENUE, SUITE 903
SEATTLE, WASHINGTON 98121
(206) 267-0377/FAX (206) 448-6579

Lombino Martino PS, and Joseph J. M. Lombino as counsel for Narinder S. Samra and Harminder K. Samra. This Stipulation is based upon the Declaration of Anthony M. Perez, Jr.

Stipulated to this 28th day of October, 2009.

| | |
|---|---|
| s/ Anthony M. Perez, Jr. | s/ Thomas W. Hayton |
| Anthony M. Perez, Jr. | Thomas W. Hayton |
| SB No. 113041 | WSBA No. 5657 |
| *Counsel for Plaintiffs Narinder S. Samra and Harminder K. Samra* | *Counsel for Defendants Karnail S. Johal, Nilakumari Johal, Grigory Yelkin, and Tatyana Yelkin* |
| | |
| s/ Joseph J. M. Lombino | s/ Robert W. Sargeant |
| Joseph J. M. Lombino | Robert W. Sargeant |
| WSBA No. 14745 | WSBA No. 12816 |
| *Local counsel for Plaintiffs Narinder S. Samra and Harminder K. Samra* | *Counsel for Defendant Stewart Title* |

s/ Robert M. Zoffel
Robert M. Zoffel
WSBA No. 21659
*Counsel for Plaintiffs Narinder S. Samra and Harminder K. Samra*

## II. ORDER

THIS MATTER having come on before the undersigned Judge of the above-entitled Court upon stipulation of the parties, the Court having reviewed the records and files herein and the stipulation of the parties and the Declaration of Anthony M. Perez, Jr., finding that notice of this stipulation and proposed order was provided to plaintiffs Narinder S. Samra and Harminder K. Samra, and being otherwise fully advised in the premises, it is hereby,

No. 2:09-cv-00176-RSL

STIPULATION AND ORDER
FOR WITHDRAWAL OF COUNSEL - 2

ROBERT M. ZOFFEL, ESQ.
2033 SIXTH AVENUE, SUITE 903
SEATTLE, WASHINGTON 98121
(206) 267-0377/FAX (206) 448-6579

1  ORDERED, ADJUDGED AND DECREED that the stipulation of the parties is hereby adopted; it is further

ORDERED, ADJUDGED AND DECREED that Perez Law Offices, Anthony M. Perez, Jr., Lombino Martino PS, and Joseph J. M. Lombino are granted leave to withdraw as counsel for Narinder S. Samra and Harminder K. Samra effective upon entry of this Order.

DONE IN OPEN COURT THIS 29th DAY OF Oct., 2009.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

DATED this 28th day of October, 2009.

| s/ Anthony M. Perez, Jr. | s/ Thomas W. Hayton |
|---|---|
| Anthony M. Perez, Jr. | Thomas W. Hayton |
| SB No. 113041 | WSBA No. 5657 |
| Perez Law Offices | 1191 Second Avenue, Suite 1650 |
| Wells Fargo Center | Seattle, WA 98101 |
| 400 Capitol Mall, Ste. 1100 | E-mail: tomhayton@cnhlaw.com |
| Sacramento, CA 95814 | *Counsel for Defendants Karnail S. Johal,* |
| E-mail: aperez@perezlawoffices.com | *Nilakumari Johal, Grigory Yelkin, and Tatyana* |
| *Counsel for Plaintiffs Narinder S. Samra* | *Yelkin* |
| *and Harminder K. Samra* | |

No. 2:09-cv-00176-RSL

STIPULATION AND ORDER
FOR WITHDRAWAL OF COUNSEL - 3

ROBERT M. ZOFFEL, ESQ.
2033 SIXTH AVENUE, SUITE 903
SEATTLE, WASHINGTON 98121
(206) 267-0377/FAX (206) 448-6579

| | |
|---|---|
| s/ Joseph J. M. Lombino<br>Joseph J. M. Lombino<br>WSBA No. 14745<br>Lombino Martino PS<br>1119 Pacific Ave, Ste. 900<br>Tacoma, WA 98402-4323<br>E-mail: j.lombino@lombinomartino.com<br>*Local counsel for Plaintiffs Narinder S. Samra and Harminder K. Samra* | s/ Robert W. Sargeant<br>Robert W. Sargeant<br>WSBA No. 12816<br>Williams Kastner & Gibbs, PLLC<br>601 Union Street, Ste. 4100<br>E-mail: rsargeant@williamskastner.com<br>*Counsel for Defendant Stewart Title* |

s/ Robert M. Zoffel
Robert M. Zoffel
WSBA No. 21659
Law Offices of Robert M. Zoffel
2033 Sixth Avenue, Suite 903
Seattle, WA 98121
E-mail: Robert@ZoffelLaw.com
*Counsel for Plaintiffs Narinder S. Samra and Harminder K. Samra*

No. 2:09-cv-00176-RSL

STIPULATION AND ORDER
FOR WITHDRAWAL OF COUNSEL - 4

ROBERT M. ZOFFEL, ESQ.
2033 SIXTH AVENUE, SUITE 903
SEATTLE, WASHINGTON 98121
(206) 267-0377/FAX (206) 448-6579