The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **NARINDER S. SAMRA**, and **HARMINDER K. SAMRA**,<br><br>    Plaintiffs,<br>vs.<br><br>**KARNAIL S. JOHAL** and **NILAKUMARI JOHAL**; **GRIGORY YELKIN** and **TATYANA YELKIN**; **STEWART TITLE**; and **DOES 1 THROUGH 20**,<br><br>    Defendants. | No. 2:09-cv-00176-RSL<br><br>DECLARATION OF NARINDER S. SAMRA IN SUPPORT OF SAMRAS' MOTION FOR SUMMARY JUDGMENT |

Narinder S. Samra declares and states:

1. I am a plaintiff in the above-entitled lawsuit. I have personal knowledge of the facts set forth herein and I am competent to testify to the same.

2. On August 22, 2003, my wife, Harminder Samra, and I contributed $200,000.00 toward the purchase price of real property acquired by Land to Home, LLC. My understanding upon contributing this $200,000.00 was that my wife and I were acquiring an ownership interest in the

No. 2:09-cv-00176-RSL

Declaration of Narinder Samra in Support of Samras' Motion for Summary Judgment - 1

ROBERT M. ZOFFEL, ESQ.
2033 SIXTH AVENUE, SUITE 903
SEATTLE, WASHINGTON 98121
(206) 267-0377/FAX (206) 448-6579

real property equal to the proportion of our contribution towards the $255,000.00 purchase price of the real property.

3.     Some time after the above real property was sold to Four Seasons Roof and Remodel, Inc. in October 2003, Karnail Johal told me that each of the married couples who were Members of Land to Home, LLC (i.e., the Samras, the Johals, and the Yelkins) would receive a townhome as part of the sale. As far as I know, none of the couples received a townhome. Karnail Johal also told me that Mrs. Samra and I would receive $55,000.00 from this sale. Mrs. Samra and I did not receive $55,000.00 either.

4.     At no time did I ever state to any of the defendants in this lawsuit that I no longer wanted to be a Member of Land to Home, LLC. However, neither my wife nor I were invited to participate in the closing of the sale of the real property to Schneider Homes, Inc. in 2006.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Dated this 6th day of July, 2010 at Sacramento, California.

_____
Narinder S. Samra

No. 2:09-cv-00176-RSL

Declaration of Narinder Samra in Support of Samras' Motion for Summary Judgment - 2

ROBERT M. ZOFFEL, ESQ.
2033 SIXTH AVENUE, SUITE 903
SEATTLE, WASHINGTON 98121
(206) 267-0377/FAX (206) 448-6579

# CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2010 I served the foregoing document upon:

Philip E. Cutler
1191 Second Avenue, Suite 1650
Seattle, WA 98101
E-mail: philcutler@cnhlaw.com
*Counsel for Defendants Karnail S. Johal,*
*Nilakumari Johal, Grigory Yelkin,*
*and Tatyana Yelkin*

Robert W. Sargeant
Williams Kastner & Gibbs, PLLC
601 Union Street, Ste. 4100
E-mail: rsargeant@williamskastner.com
*Counsel for Defendant Stewart Title*

Robert G. Nylander
1191 Second Avenue, Suite 1650
Seattle, WA 98101
E-mail: rgnylander@cnhlaw.com
*Counsel for Defendants Karnail S. Johal,*
*Nilakumari Johal, Grigory Yelkin,*
*and Tatyana Yelkin*

Larry E. Leggett
Williams Kastner & Gibbs PLLC
601 Union Street, Ste. 4100
Seattle, WA 98101-1368
E-mail: lleggett@williamskastner.com
*Counsel for Defendant Stewart Title*

Thomas W. Hayton
1191 Second Avenue, Suite 1650
Seattle, WA 98101
E-mail: tomhayton@cnhlaw.com
*Counsel for Defendants Karnail S. Johal,*
*Nilakumari Johal, Grigory Yelkin,*
*and Tatyana Yelkin*

by electronic means through the Court's CM/ECF system.

DATED this 7th day of July, 2010.

    s/ Robert M. Zoffel
    Robert M. Zoffel

No. 2:09-cv-00176-RSL

Declaration of Narinder Samra in Support of Samras' Motion for Summary Judgment - 3

ROBERT M. ZOFFEL, ESQ.
2033 SIXTH AVENUE, SUITE 903
SEATTLE, WASHINGTON 98121
(206) 267-0377/FAX (206) 448-6579

1  real property equal to the proportion of our contribution towards the $255,000.00 purchase price of
2  the real property.
3  
4  3.   Some time after the above real property was sold to Four Seasons Roof and Remodel, Inc. in
5  October 2003, Karnail Johal told me that each of the married couples who were Members of Land to
6  Home, LLC (i.e., the Samras, the Johals, and the Yelkins) would receive a townhome as part of the
7  sale. As far as I know, none of the couples received a townhome. Karnail Johal also told me that
8  
9  Mrs. Samra and I would receive $55,000.00 from this sale. Mrs. Samra and I did not receive
10 $55,000.00 either.
11 
12 4.   At no time did I ever state to any of the defendants in this lawsuit that I no longer wanted to
13 be a Member of Land to Home, LLC. However, neither my wife nor I were invited to participate in
14 the closing of the sale of the real property to Schneider Homes, Inc. in 2006.
15  I declare under penalty of perjury under the laws of the State of Washington and the United
16 
17 States that the foregoing is true and correct.
18  Dated this 6th day of July, 2010 at Sacramento, California.
19 
20 
21 
22                                                    _____
                                                     Narinder S. Samra
23 
24 
25 
26 
27 
28 

No. 2:09-cv-00176-RSL

Declaration of Narinder Samra in Support of Samras'
Motion for Summary Judgment - 2

ROBERT M. ZOFFEL, ESQ.
2033 SIXTH AVENUE, SUITE 903
SEATTLE, WASHINGTON 98121
(206) 267-0377/FAX (206) 448-6579

Jul. 06 2010 09:26PM  P1   FAX NO. :9169297741   FROM :SAMRA

Jul 06 2010 8:06PM   Fax Station : Zoffel Law   p. 1