The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **NARINDER S. SAMRA**, and **HARMINDER K. SAMRA**,<br><br>Plaintiffs,<br>vs.<br><br>**KARNAIL S. JOHAL** and **NILAKUMARI JOHAL**; **GRIGORY YELKIN** and **TATYANA YELKIN**; **STEWART TITLE**; and **DOES 1 THROUGH 20**,<br><br>Defendants. | No. 2:09-cv-00176-RSL<br><br>DECLARATION OF HARMINDER K. SAMRA IN SUPPORT OF BRIEF IN OPPOSITION TO DEFENDANTS JOHALS AND YELKINS' MOTION FOR SUMMARY JUDGMENT OF DISMISSAL<br><br>NOTED FOR: FRIDAY, JULY 30, 2010 |

Harminder K. Samra declares and states:

1.  I am a plaintiff in the above-entitled lawsuit. I have personal knowledge of the facts set forth herein and I am competent to testify to the same.

2.  I am unaware of any distribution of Land to Home, LLC's assets prior to the final division of proceeds from the 2006 sale of the real property at issue in this lawsuit.

3.  I have knowledge of the contents of the copies of handwritten documents which were admitted as Exhibit 1 to my deposition of April 14, 2010 and as Exhibit 5 to Mr. Samra's deposition

No. 2:09-cv-00176-RSL

Declaration of Harminder K. Samra in Support of Brief in Opposition to Johals and Yelkins' Motion for Summary Judgment - 1

ROBERT M. ZOFFEL, ESQ.
2033 SIXTH AVENUE, SUITE 903
SEATTLE, WASHINGTON 98121
(206) 267-0377/FAX (206) 448-6579

on the same date. I did not copy the signatures onto the original of either document, and I did not authorize any other person to do so. I do not possess, control, or know the whereabouts of the original of either document. Although I recognize my signature on both documents, I do not remember which of the two I actually signed.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Dated this 26th day of July, 2010 at _____.
            (city, state, country)

_____
Harminder K. Samra

No. 2:09-cv-00176-RSL

Declaration of Harminder K. Samra in Support of Brief in Opposition to Johals and Yelkins' Motion for Summary Judgment - 2

ROBERT M. ZOFFEL, ESQ.
2033 SIXTH AVENUE, SUITE 903
SEATTLE, WASHINGTON 98121
(206) 267-0377/FAX (206) 448-6579

on the same date. I did not copy the signatures onto the original of either document, and I did not authorize any other person to do so. I do not possess, control, or know the whereabouts of the original of either document. Although I recognize my signature on both documents, I do not remember which of the two I actually signed.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Dated this 26th day of July, 2010 at

(city, state, country)

BRAMPTON, ONT, CANADA

Harminder K. Samra

*Harminder. Kaur Samra*

No. 2:09-cv-00176-RSL
Declaration of Harminder K. Samra in Support of Brief in Opposition to Johals and Yelkins' Motion for Summary Judgment — 2

ROBERT M. ZOFFEL, ESQ.
2033 SIXTH AVENUE, SUITE 903
SEATTLE, WASHINGTON 98121
(206) 267-0377/FAX (206) 448-6579

# CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2010 I served the foregoing document upon:

Philip E. Cutler
1191 Second Avenue, Suite 1650
Seattle, WA 98101
E-mail: philcutler@cnhlaw.com
*Counsel for Defendants Karnail S. Johal,*
*Nilakumari Johal, Grigory Yelkin,*
*and Tatyana Yelkin*

Robert W. Sargeant
Williams Kastner & Gibbs, PLLC
601 Union Street, Ste. 4100
E-mail: rsargeant@williamskastner.com
*Counsel for Defendant Stewart Title*

Robert G. Nylander
1191 Second Avenue, Suite 1650
Seattle, WA 98101
E-mail: rgnylander@cnhlaw.com
*Counsel for Defendants Karnail S. Johal,*
*Nilakumari Johal, Grigory Yelkin,*
*and Tatyana Yelkin*

Larry E. Leggett
Williams Kastner & Gibbs PLLC
601 Union Street, Ste. 4100
Seattle, WA 98101-1368
E-mail: lleggett@williamskastner.com
*Counsel for Defendant Stewart Title*

Thomas W. Hayton
1191 Second Avenue, Suite 1650
Seattle, WA 98101
E-mail: tomhayton@cnhlaw.com
*Counsel for Defendants Karnail S. Johal,*
*Nilakumari Johal, Grigory Yelkin,*
*and Tatyana Yelkin*

by electronic means through the Court's CM/ECF system.

DATED this 26th day of July, 2010.

    s/ Robert M. Zoffel
    Robert M. Zoffel

No. 2:09-cv-00176-RSL

Declaration of Harminder K. Samra in Support of Brief in Opposition to Johals and Yelkins' Motion for Summary Judgment - 3

ROBERT M. ZOFFEL, ESQ.
2033 SIXTH AVENUE, SUITE 903
SEATTLE, WASHINGTON 98121
(206) 267-0377/FAX (206) 448-6579